United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSARIO BENAVIDES BALCAZAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-713 |
| | § | |
| JUAN AGUDELO, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

The Court has reviewed Petitioner Rosaria Benavides Balcazar's Motion Under Fed. R. Civ. P. 59(a)(2) to Open the Judgment and Take Limited Additional Testimony (Doc. 30). To facilitate the Court's expedited consideration of the Motion, it is:

**ORDERED** that by no later than August 28, 2026, Respondents shall file a Response to Petitioner Rosaria Benavides Balcazar's Motion Under Fed. R. Civ. P. 59(a)(2) to Open the Judgment and Take Limited Additional Testimony (Doc. 30).

Signed on August 18, 2026.

Fernando Rodriguez, Jr.
United States District Judge